NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELSIS IN VITRO, INC.,**
*Plaintiff-Appellant,*

v.

**CELLZDIRECT, INC. AND INVITROGEN CORPORATION,**
*Defendants-Appellants.*

---

2011-1337

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 10-cv-4053, Senior Judge Milton I. Shadur.

---

## ON MOTION

---

Before RADER, *Chief Judge*, GAJARSA and PROST, *Circuit Judges.*

RADER, *Chief Judge.*

## ORDER

Celsis in Vitro, Inc. moves for an injunction pending disposition of this appeal. CellzDirect, Inc. and Invitrogen Corporation oppose. Celsis replies.

Rule 8(a)(l)(C)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant an injunction pending appeal. Similar to a motion to stay a judgment or injunction pending appeal, which is authorized under the same rule, our determination is governed by four factors, the first two of which are the most critical: (1) whether the stay applicant had made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent relief; (3) whether issuance of the order will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we determine that Celsis has not met its burden.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jordan A. Sigale, Esq.
     Francis M. Wikstrom, Esq.

S24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2011

JAN HORBALY
CLERK